**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re Thomas William Pritchard                    , )
       [Set forth here all names including married, maiden, and trade )
       names used by debtor within last 8 years.]  )
                                                   )
                                    Debtor         )   Case No.
                                                   )
                                                   )
                                                   )   Chapter 7
Employer's Tax Identification No(s). [if any] _____)
Last four digits of Social Security No(s): 9267   )

**For Debtor:**

[✔] Payment advices are attached

[ ] Payment advices **are not** attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

[ ] Payment advices **are not** attached because debtor:
   [ ] receives disability payments
   [ ] is unemployed and does not receive unemployment compensation
   [ ] receives Social Security payments
   [ ] receives a pension
   [ ] does not work outside the home
   [✔] is self employed
   [ ] other, please explain_____

Schedule I, Part 2, Number 2 Income _____

Occupation as listed on Schedule I _____

**For Joint Debtor, if applicable:**

[ ] Payment advices are attached

[ ] Payment advices **are not** attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

[ ] Payment advices **are not** attached because debtor:
   [ ] receives disability payments
   [ ] is unemployed and does not receive unemployment compensation
   [ ] receives Social Security payments
   [ ] receives a pension
   [ ] does not work outside the home
   [ ] is self employed
   [ ] other, please explain_____

Schedule I, Part 2, Number 2 Income _____

Occupation as listed on Schedule I _____

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: _____[signature]_____         Date: 06/04/2024

Signature of Joint Debtor: _____         Date: _____

O:§521C(12/01/2015)

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

Pay Date: 06/06/2024
Voucher #: (435)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 101.49 |

1036   06/06/2024   (435)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267         Voucher #(435)
Pay Date: 06/06/2024
Pay Period: 05/26/2024-06/01/2024
Base Comp: $17.00/Hour

### Earnings

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.50 | 144.00 | 110.50 | 2,448.00 |
| **Gross Pay** | | | | 110.50 | 2,448.00 |
| Hours Paid | | 6.50 | 144.00 | | |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 110.50 | 2,448.00 | | |
| FICA | 110.50 | 2,448.00 | 6.85 | 151.78 |
| MEDI | 110.50 | 2,448.00 | 1.61 | 35.50 |
| SIT:NY | 110.50 | 2,448.00 | | 0.68 |
| SDI:NY | 110.50 | 1,196.25 | 0.55 | 11.94 |
| New York Family | 110.50 | 2,448.00 | | |
| **Total** | | | 9.01 | 199.90 |

| **Net Pay** | | 101.49 | 2,248.10 |
|---|---|---|---|
| Check | | 0.00 | 1,214.06 |
| Checking (7084) | | 101.49 | 1,034.04 |

### Tax Allowance Settings

Federal:
- Single/Married Filing Sep.
- Form W4 2020 And Later: Yes
- Two Jobs: No
- Claim Dependent: $0.00
- Deduction: $0.00
- Other Income: $0.00

New York:
- Allowances: 0
- Additional Withholding - NYC: 0
- Additional Withholding - Yonkers: 0
- Filing Status: M
- Total Allowances - NYC: 0

### Company Paid Benefits

|  | Current | YTD |
|---|---|---|
| FUTA | 0.66 | 14.69 |
| FICA | 6.85 | 151.78 |
| MEDI | 1.61 | 35.50 |
| SUTA_SC:NY | 0.08 | 1.85 |
| SUTA:NY | 2.24 | 49.59 |
| **Total** | 11.44 | 253.41 |

### Accruals

|  | Bal. Hrs: |
|---|---|
| Sick | 2.21 |

[1] For information purposes only. No effect on your net pay.

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

Pay Date: 05/30/2024
Voucher #: (405)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 93.68 |

1036   05/30/2024   (405)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267      Voucher #(405)      Pay Date: 05/30/2024
Pay Period: 05/19/2024-05/25/2024
Base Comp: $17.00/Hour

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.00 | 137.50 | 102.00 | 2,337.50 |
| Gross Pay | | | | 102.00 | 2,337.50 |
| Hours Paid | | 6.00 | 137.50 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 102.00 | 2,337.50 | | |
| FICA | 102.00 | 2,337.50 | 6.33 | 144.93 |
| MEDI | 102.00 | 2,337.50 | 1.48 | 33.89 |
| SIT:NY | 102.00 | 2,337.50 | | 0.68 |
| SDI:NY | 102.00 | 1,085.75 | 0.51 | 11.39 |
| New York Family | 102.00 | 2,337.50 | | |
| Total | | | 8.32 | 190.89 |

**Net Pay**             93.68      2,146.61
Check                    0.00      1,214.06
Checking (7084)         93.68        932.55

**Tax Allowance Settings**

Federal:    Single/Married Filing Sep.
            Form W4 2020 And Later: Yes
            Two Jobs: No
            Claim Dependent: $0.00
            Deduction: $0.00
            Other Income: $0.00

New York:   Allowances: 0
            Additional Withholding - NYC: 0
            Additional Withholding - Yonkers: 0
            Filing Status: M
            Total Allowances - NYC: 0

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FUTA | 0.62 | 14.03 |
| FICA | 6.33 | 144.93 |
| MEDI | 1.48 | 33.89 |
| SUTA_SC:NY | 0.08 | 1.77 |
| SUTA:NY | 2.07 | 47.35 |
| Total | 10.58 | 241.97 |

**Accruals**

| | Bal. |
|---|---|
| Sick | Hrs: 1.99 |

[1] For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

Pay Date: 05/23/2024
Voucher #: (375)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 97.59 |

1036  05/23/2024  (375)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267        Voucher #(375)
Pay Date: 05/23/2024
Pay Period: 05/12/2024-05/18/2024
Base Comp: $17.00/Hour

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.25 | 131.50 | 106.25 | 2,235.50 |
| **Gross Pay** | | | | 106.25 | 2,235.50 |
| Hours Paid | | 6.25 | 131.50 | | |

**Tax Allowance Settings**

Federal:  Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00

New York:  Allowances: 0
Additional Withholding - NYC: 0
Additional Withholding - Yonkers: 0
Filing Status: M
Total Allowances - NYC: 0

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 106.25 | 2,235.50 | | |
| FICA | 106.25 | 2,235.50 | 6.59 | 138.60 |
| MEDI | 106.25 | 2,235.50 | 1.54 | 32.41 |
| SIT:NY | 106.25 | 2,235.50 | | 0.68 |
| SDI:NY | 106.25 | 983.75 | 0.53 | 10.88 |
| New York Family | 106.25 | 2,235.50 | | |
| **Total** | | | 8.66 | 182.57 |

**Net Pay**

| | | Current | YTD |
|---|---|---|---|
| | | 97.59 | 2,052.93 |
| Check | | 0.00 | 1,214.06 |
| Checking (7084) | | 97.59 | 838.87 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| FUTA | 0.63 | 13.41 |
| FICA | 6.59 | 138.60 |
| MEDI | 1.54 | 32.41 |
| SUTA_SC:NY | 0.08 | 1.69 |
| SUTA:NY | 2.15 | 45.28 |
| **Total** | 10.99 | 231.39 |

**Accruals**

| | Bal. Hrs |
|---|---|
| Sick | 1.79 |

[1] For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

Pay Date: 05/16/2024
Voucher #: (314)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 105.41 |

1036  05/16/2024  (314)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267    Voucher #(314)
Pay Date: 05/16/2024
Pay Period: 05/05/2024-05/11/2024
Base Comp: $17.00/Hour

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.75 | 125.25 | 114.75 | 2,129.25 |
| **Gross Pay** | | | | 114.75 | 2,129.25 |
| Hours Paid | | 6.75 | 125.25 | | |

**Tax Allowance Settings**

Federal:
- Single/Married Filing Sep.
- Form W4 2020 And Later: Yes
- Two Jobs: No
- Claim Dependent: $0.00
- Deduction: $0.00
- Other Income: $0.00

New York:
- Allowances: 0
- Additional Withholding - NYC: 0
- Additional Withholding - Yonkers: 0
- Filing Status: M
- Total Allowances - NYC: 0

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 114.75 | 2,129.25 | | |
| FICA | 114.75 | 2,129.25 | 7.11 | 132.01 |
| MEDI | 114.75 | 2,129.25 | 1.66 | 30.87 |
| SIT:NY | 114.75 | 2,129.25 | | 0.68 |
| SDI:NY | 114.75 | 877.50 | 0.57 | 10.35 |
| New York Family | 114.75 | 2,129.25 | | |
| **Total** | | | 9.34 | 173.91 |

**Net Pay** — 105.41 / 1,955.34

| | Current | YTD |
|---|---|---|
| Check | 0.00 | 1,214.06 |
| Checking (7084) | 105.41 | 741.28 |

**Company Paid Benefits** [1]

| | Current | YTD |
|---|---|---|
| FUTA | 0.69 | 12.78 |
| FICA | 7.11 | 132.01 |
| MEDI | 1.66 | 30.87 |
| SUTA_SC:NY | 0.09 | 1.61 |
| SUTA:NY | 2.32 | 43.13 |
| **Total** | 11.87 | 220.40 |

**Accruals**

| | Bal. Hrs: |
|---|---|
| Sick | 1.58 |

[1] For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

| Pay Date: | 05/09/2024 |
|---|---|
| Voucher #: | (281) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 93.69 |

1036  05/09/2024  (281)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267     Voucher #(281)
Pay Date: 05/09/2024
Pay Period: 04/28/2024-05/04/2024
Base Comp: $17.00/Hour

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.00 | 118.50 | 102.00 | 2,014.50 |
| Gross Pay | | | | 102.00 | 2,014.50 |
| Hours Paid | | 6.00 | 118.50 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 102.00 | 2,014.50 | | |
| FICA | 102.00 | 2,014.50 | 6.32 | 124.90 |
| MEDI | 102.00 | 2,014.50 | 1.48 | 29.21 |
| SIT:NY | 102.00 | 2,014.50 | | 0.68 |
| SDI:NY | 102.00 | 762.75 | 0.51 | 9.78 |
| New York Family | 102.00 | 2,014.50 | | |
| Total | | | 8.31 | 164.57 |

### Net Pay

| | Current | YTD |
|---|---|---|
| Net Pay | 93.69 | 1,849.93 |
| Check | 0.00 | 1,214.06 |
| Checking (7084) | 93.69 | 635.87 |

### Tax Allowance Settings

Federal:
- Single/Married Filing Sep.
- Form W4 2020 And Later: Yes
- Two Jobs: No
- Claim Dependent: $0.00
- Deduction: $0.00
- Other Income: $0.00

New York:
- Allowances: 0
- Additional Withholding - NYC: 0
- Additional Withholding - Yonkers: 0
- Filing Status: M
- Total Allowances - NYC: 0

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FUTA | 0.61 | 12.09 |
| FICA | 6.32 | 124.90 |
| MEDI | 1.48 | 29.21 |
| SUTA_SC:NY | 0.08 | 1.52 |
| SUTA:NY | 2.07 | 40.81 |
| Total | 10.56 | 208.53 |

### Accruals

| | Bal. Hrs. |
|---|---|
| Sick | 1.36 |

1 For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

| Pay Date: | 05/02/2024 |
|---|---|
| Voucher #: | (222) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 93.68 |

1036  05/02/2024  (222)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267          Voucher #(222)          Pay Date: 05/02/2024
                                                                    Pay Period: 04/21/2024-04/27/2024
                                                                    Base Comp: $17.00/Hour

**Earnings**

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.00 | 112.50 | 102.00 | 1,912.50 |
| Gross Pay |  |  |  | 102.00 | 1,912.50 |
| Hours Paid |  | 6.00 | 112.50 |  |  |

**Tax Allowance Settings**

Federal:
- Single/Married Filing Sep.
- Form W4 2020 And Later: Yes
- Two Jobs: No
- Claim Dependent: $0.00
- Deduction: $0.00
- Other Income: $0.00

New York:
- Allowances: 0
- Additional Withholding - NYC: 0
- Additional Withholding - Yonkers: 0
- Filing Status: M
- Total Allowances - NYC: 0

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 102.00 | 1,912.50 |  |  |
| FICA | 102.00 | 1,912.50 | 6.33 | 118.58 |
| MEDI | 102.00 | 1,912.50 | 1.48 | 27.73 |
| SIT:NY | 102.00 | 1,912.50 |  | 0.68 |
| SDI:NY | 102.00 | 660.75 | 0.51 | 9.27 |
| New York Family | 102.00 | 1,912.50 |  |  |
| Total |  |  | 8.32 | 156.26 |

**Net Pay**

|  | Current | YTD |
|---|---|---|
| Net Pay | 93.68 | 1,756.24 |
| Check | 0.00 | 1,214.06 |
| Checking (7084) | 93.68 | 542.18 |

**Company Paid Benefits** [1]

|  | Current | YTD |
|---|---|---|
| FUTA | 0.62 | 11.48 |
| FICA | 6.33 | 118.58 |
| MEDI | 1.48 | 27.73 |
| SUTA_SC:NY | 0.08 | 1.44 |
| SUTA:NY | 2.07 | 38.74 |
| Total | 10.58 | 197.97 |

**Accruals**

|  | Bal. Hrs: |
|---|---|
| Sick | 1.16 |

[1] For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

Pay Date: 04/25/2024
Voucher #: (195)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 101.50 |

1036  04/25/2024  (195)

Thomas W. Pritchard
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267    Voucher #(195)
Pay Date: 04/25/2024
Pay Period: 04/14/2024-04/20/2024
Base Comp: $17.00/Hour

### Earnings

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.50 | 106.50 | 110.50 | 1,810.50 |
| Gross Pay |  |  |  | 110.50 | 1,810.50 |
| Hours Paid |  | 6.50 | 106.50 |  |  |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 110.50 | 1,810.50 |  |  |
| FICA | 110.50 | 1,810.50 | 6.85 | 112.25 |
| MEDI | 110.50 | 1,810.50 | 1.60 | 26.25 |
| SIT:NY | 110.50 | 1,810.50 |  | 0.68 |
| SDI:NY | 110.50 | 558.75 | 0.55 | 8.76 |
| New York Family | 110.50 | 1,810.50 |  |  |
| Total |  |  | 9.00 | 147.94 |

### Net Pay

|  | Current | YTD |
|---|---|---|
|  | 101.50 | 1,662.56 |
| Check | 0.00 | 1,214.06 |
| Checking (7084) | 101.50 | 448.50 |

### Tax Allowance Settings

Federal:
  Single/Married Filing Sep.
  Form W4 2020 And Later: Yes
  Two Jobs: No
  Claim Dependent: $0.00
  Deduction: $0.00
  Other Income: $0.00

New York:
  Allowances: 0
  Additional Withholding - NYC: 0
  Additional Withholding - Yonkers: 0
  Filing Status: M
  Total Allowances - NYC: 0

### Company Paid Benefits [1]

|  | Current | YTD |
|---|---|---|
| FUTA | 0.66 | 10.86 |
| FICA | 6.85 | 112.25 |
| MEDI | 1.60 | 26.25 |
| SUTA_SC:NY | 0.08 | 1.36 |
| SUTA:NY | 2.24 | 36.67 |
| Total | 11.43 | 187.39 |

### Accruals

|  | Bal. |
|---|---|
| Sick Hrs: | 0.96 |

[1] For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

Pay Date: 04/18/2024
Voucher #: (164)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 93.69 |

1036  04/18/2024  (164)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267    Voucher #(164)
Pay Date: 04/18/2024
Pay Period: 04/07/2024-04/13/2024
Base Comp: $17.00/Hour

**Earnings**

|  | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.00 | 100.00 | 102.00 | 1,700.00 |
| **Gross Pay** |  |  |  | 102.00 | 1,700.00 |
| Hours Paid |  | 6.00 | 100.00 |  |  |

**Taxes Withheld**

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 102.00 | 1,700.00 |  |  |
| FICA | 102.00 | 1,700.00 | 6.32 | 105.40 |
| MEDI | 102.00 | 1,700.00 | 1.48 | 24.65 |
| SIT:NY | 102.00 | 1,700.00 |  | 0.68 |
| SDI:NY | 102.00 | 448.25 | 0.51 | 8.21 |
| New York Family | 102.00 | 1,700.00 |  |  |
| **Total** |  |  | 8.31 | 138.94 |

**Net Pay**                           93.69      1,561.06
Check                                  0.00      1,214.06
Checking (7084)                       93.69        347.00

**Tax Allowance Settings**

Federal:    Single/Married Filing Sep.
            Form W4 2020 And Later: Yes
            Two Jobs: No
            Claim Dependent: $0.00
            Deduction: $0.00
            Other Income: $0.00
New York:   Allowances: 0
            Additional Withholding - NYC: 0
            Additional Withholding - Yonkers: 0
            Filing Status: M
            Total Allowances - NYC: 0

**Company Paid Benefits**

|  | Current | YTD |
|---|---|---|
| FUTA | 0.61 | 10.20 |
| FICA | 6.32 | 105.40 |
| MEDI | 1.48 | 24.65 |
| SUTA_SC:NY | 0.08 | 1.28 |
| SUTA:NY | 2.07 | 34.43 |
| **Total** | 10.56 | 175.96 |

**Accruals**

|  | Bal. Hrs. |
|---|---|
| Sick | 0.74 |

[1] For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

| | |
|---|---|
| Pay Date: | 04/11/2024 |
| Voucher #: | (133) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 97.59 |

1036  04/11/2024  (133)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267          Voucher #(133)          Pay Date: 04/11/2024
                                                                    Pay Period: 03/31/2024-04/06/2024
                                                                    Base Comp: $17.00/Hour

**Earnings**

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 6.25 | 94.00 | 106.25 | 1,598.00 |
| **Gross Pay** | | | | **106.25** | **1,598.00** |
| Hours Paid | | 6.25 | 94.00 | | |

**Tax Allowance Settings**

Federal:
- Single/Married Filing Sep.
- Form W4 2020 And Later: Yes
- Two Jobs: No
- Claim Dependent: $0.00
- Deduction: $0.00
- Other Income: $0.00

New York:
- Allowances: 0
- Additional Withholding - NYC: 0
- Additional Withholding - Yonkers: 0
- Filing Status: M
- Total Allowances - NYC: 0

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 106.25 | 1,598.00 | | |
| FICA | 106.25 | 1,598.00 | 6.59 | 99.08 |
| MEDI | 106.25 | 1,598.00 | 1.54 | 23.17 |
| SIT:NY | 106.25 | 1,598.00 | | 0.68 |
| SDI:NY | 106.25 | 346.25 | 0.53 | 7.70 |
| New York Family | 106.25 | 1,598.00 | | |
| **Total** | | | **8.66** | **130.63** |

**Net Pay**

| | Current | YTD |
|---|---|---|
| | 97.59 | 1,467.37 |
| Check | 0.00 | 1,214.06 |
| Checking (7084) | 97.59 | 253.31 |

**Company Paid Benefits**

| | Current | YTD |
|---|---|---|
| FUTA | 0.64 | 9.59 |
| FICA | 6.59 | 99.08 |
| MEDI | 1.54 | 23.17 |
| SUTA_SC:NY | 0.08 | 1.20 |
| SUTA:NY | 2.15 | 32.36 |
| **Total** | **11.00** | **165.40** |

**Accruals**

| | Bal. Hrs: |
|---|---|
| Sick | 0.00 |

[1] For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

**Geddes Bakery & Pastry Shop**
421 S Main St.
North Syracuse, NY 13212

Pay Date: 04/04/2024
Voucher #: (71)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Thomas W. Pritchard | 1 | Checking | XXXXXXXX7084 | 021000322 | 155.72 |

1036  04/04/2024  (71)

**Thomas W. Pritchard**
5107 Old Barn Road
Clay, NY 130418955

**Non-Negotiable - This Is Not A Check**

#1036 - Thomas W. Pritchard - 9267        Voucher #(71)
Pay Date: 04/04/2024
Pay Period: 03/24/2024-03/30/2024
Base Comp: $17.00/Hour

### Earnings

| | Rate | Hours | YTD | Current | YTD |
|---|---|---|---|---|---|
| Regular | 17.00 | 10.00 | 87.75 | 170.00 | 1,491.75 |
| Gross Pay | | | | 170.00 | 1,491.75 |
| Hours Paid | | 10.00 | 87.75 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 170.00 | 1,491.75 | | |
| FICA | 170.00 | 1,491.75 | 10.54 | 92.49 |
| MEDI | 170.00 | 1,491.75 | 2.46 | 21.63 |
| SIT:NY | 170.00 | 1,491.75 | 0.68 | 0.68 |
| SDI:NY | 120.00 | 240.00 | 0.60 | 7.17 |
| New York Family | 170.00 | 1,491.75 | | |
| Total | | | 14.28 | 121.97 |

### Net Pay

| | Current | YTD |
|---|---|---|
| Net Pay | 155.72 | 1,369.78 |
| Check | 0.00 | 1,214.06 |
| Checking (7084) | 155.72 | 155.72 |

### Tax Allowance Settings

Federal:
- Single/Married Filing Sep.
- Form W4 2020 And Later: Yes
- Two Jobs: No
- Claim Dependent: $0.00
- Deduction: $0.00
- Other Income: $0.00

New York:
- Allowances: 0
- Additional Withholding - NYC: 0
- Additional Withholding - Yonkers: 0
- Filing Status: M
- Total Allowances - NYC: 0

### Company Paid Benefits [1]

| | Current | YTD |
|---|---|---|
| FUTA | 1.02 | 8.95 |
| FICA | 10.54 | 92.49 |
| MEDI | 2.46 | 21.63 |
| SUTA_SC:NY | 0.13 | 1.12 |
| SUTA:NY | 3.44 | 30.21 |
| Total | 17.59 | 154.40 |

### Accruals

| | Bal. Hrs |
|---|---|
| Sick | 0.00 |

[1] For information purposes only. No effect on your net pay.

Geddes Bakery & Pastry Shop 421 S Main St., North Syracuse, NY 13212
Business Phone #: 315-437-8084

1 of 1

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K3 / GFI 28165671 | 01/ | 716053 | 1 of 1 |

## Earnings Statement

ADP

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

Period Starting:  03/17/2024
Period Ending:   03/23/2024
Pay Date:        03/28/2024

Business Phone:  315-437-8084

Taxable Filing Status: Single
Exemptions/Allowances:
   Federal:  Std W/H Table
   State:    0
   Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal:  0.00 Addnl
   State:
   Local:

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 6.25 | 106.25 | 1321.75 |
| Gross Pay | | | $106.25 | $1,321.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -6.59 | 81.95 |
| Medicare | -1.55 | 19.17 |
| New York State Income | 0.00 | 0.00 |
| New York Paid Family Leave | -0.40 | 4.93 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.53 | 6.57 |

**Net Pay**  $97.18

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.25 | 77.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7084 | XXXXXXXXX | 97.18 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $106.25

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

Pay Date:    03/28/2024

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7084 | XXXXXXXXX | 97.18 |

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K3 / GFI 28165671 | 01/ | 698146 | 1 of 1 |

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

# Earnings Statement



Period Starting:  03/10/2024
Period Ending:   03/16/2024
Pay Date:        03/21/2024

Business Phone:  315-437-8084

Taxable Filing Status: Single
Exemptions/Allowances:
   Federal:  Std W/H Table
   State:    0
   Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal:  0.00 Addnl
   State:
   Local:

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 6.25 | 106.25 | 1215.50 |
| Gross Pay | | | $106.25 | $1,215.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -6.59 | 75.36 |
| Medicare | -1.54 | 17.62 |
| New York State Income | 0.00 | 0.00 |
| New York Paid Family Leave | -0.40 | 4.53 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.53 | 6.04 |

| Net Pay | $97.19 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.25 | 71.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7084 | XXXXXXXXX | 97.19 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $106.25

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

Pay Date:  03/21/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7084 | XXXXXXXXX | 97.19 |

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

| Company Code | Loc/Dept | Document Number | Page |
|---|---|---|---|
| K3 / GFI 28165671 | 01/ | 677976 | 1 of 1 |

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

# Earnings Statement

**ADP**

Period Starting: 03/03/2024
Period Ending: 03/09/2024
Pay Date: 03/14/2024

Business Phone: 315-437-8084

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal:   Std W/H Table
 State:     0
 Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:  0.00 Addnl
 State:
 Local:

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 7.25 | 123.25 | 1109.25 |
| Gross Pay | | | $123.25 | $1,109.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -7.64 | 68.77 |
| Medicare | -1.78 | 16.08 |
| New York State Income | 0.00 | 0.00 |
| New York Paid Family Leave | -0.46 | 4.13 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 5.51 |

| Net Pay | $112.77 | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 7.25 | 65.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7084 | XXXXXXXXX | 112.77 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $123.25

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

Pay Date:   03/14/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7084 | XXXXXXXXX | 112.77 |

**THIS IS NOT A CHECK**

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K3 / GFI 28165671 | 01/ | 659506 | 1 of 1 |

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

# Earnings Statement

ADP

Period Starting: 02/25/2024
Period Ending: 03/02/2024
Pay Date: 03/07/2024

Business Phone: 315-437-8084

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 6.50 | 110.50 | 986.00 |
| Gross Pay | | | $110.50 | $986.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -6.85 | 61.13 |
| Medicare | -1.61 | 14.30 |
| New York State Income | 0.00 | 0.00 |
| New York Paid Family Leave | -0.41 | 3.67 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.55 | 4.91 |

| Net Pay | $101.08 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.50 | 58.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7084 | XXXXXXXXX | 101.08 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $110.50

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

Pay Date: 03/07/2024

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7084 | XXXXXXXXX | 101.08 |

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

Case 24-30465-5-wak   Doc 3   Filed 06/05/24   Entered 06/05/24 09:39:52   Desc Main
Document      Page 16 of 16

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K3 / GFI 28165671 | 01/ | 639978 | 1 of 1 |

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

# Earnings Statement



Period Starting: 02/18/2024
Period Ending: 02/24/2024
Pay Date: 02/29/2024

Business Phone: 315-437-8084

Taxable Filing Status: Single
Exemptions/Allowances:
   Federal:   Std W/H Table
   State:     0
   Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal:   0.00 Addnl
   State:
   Local:

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 6.50 | 110.50 | 875.50 |
| Gross Pay | | | $110.50 | $875.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -6.85 | 54.28 |
| Medicare | -1.60 | 12.69 |
| New York State Income | 0.00 | 0.00 |
| New York Paid Family Leave | -0.41 | 3.26 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.55 | 4.36 |

| Net Pay | | $101.09 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 6.50 | 51.50 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7084 | XXXXXXXXX | 101.09 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $110.50

Geddes Bakery & Pastry Shop
421 S Main St
Syracuse, NY 13212-2811

Pay Date:   02/29/2024

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7084 | XXXXXXXXX | 101.09 |

THIS IS NOT A CHECK

Thomas W Pritchard
5107 Old Barn Road
Clay, NY 13041-8955