# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Thomas William Pritchard<br><br>xxx–xx–9267<br>5107 Old Barn Road<br>Clay, NY 13041 | )<br>)<br>)<br>)Case Number: 24–30465–5<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>) |

## NOTICE OF DEADLINES

Notice is hereby given regarding document deadlines;

Notice of Deadlines. Atty Disclosure Statement due 6/20/2024. Declaration Concerning Schedules due 6/20/2024. Chapter 7 Statement of Your Current Monthly Income Form 122A–1 Due:6/20/2024. Schedules A–J due 6/20/2024. Statement of Financial Affairs due 6/20/2024.Summary of Assets and Liabilities and Certain Statistical Information due 6/20/2024. Statement of Intent due 7/5/2024. (Ventura, Dina)

Debtor(s) are responsible for timely filing all documents. The responsibility for preparing, submitting, and monitoring a complete filing lies with the filer(s). Do not rely on the Clerk's office to alert you regarding incomplete case filings.

Please note: ***This case may be dismissed upon further notice or hearing if the above referenced documents are not filed with the Court***.

Date: 6/5/24

CYNTHIA A. PLATT
Clerk of the Bankruptcy Court