# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 6/5/2024 |
| Case: 24–30465–5 | Form ID: ntcddl | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust        U.S. Trustee        USTPRegion02.UT.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Thomas William Pritchard        5107 Old Barn Road        Clay, NY 13041

TOTAL: 1