# Notice Recipients

| | |
|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 06/05/2024 |
| Case: 24–30465–5–wak | Form ID: 309A | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Thomas William Pritchard | 5107 Old Barn Road        Clay, NY 13041 |
| ust | U.S. Trustee        U.S. Trustee Office        10 Broad Street,        Room 105        Utica, NY 13501 |
| tr | William J. Leberman–Trustee        One Lincoln Center        110 W. Fayette Street        Suite 720        Syracuse, NY 13202 |
| smg | United States Attorney, NDNY        P.O. Box 7198        Syracuse, NY 13261–7198 |
| 909570239 | Bank of New York Mellon Trust Company        240 Greenwich Street        New York, NY 10286 |
| 909570240 | Jefferson Capital System        200 14th Ave E        Sartell, MN 56377 |
| 909570241 | LVNV Funding LLC        55 Beattie Place        Greenville, SC 29601 |
| 909570245 | Micheal Vela        4 Chelsea View Terrace        Newburgh NY 12550 |
| 909570242 | Midland Credit Management        123 Main Street        San Diego, CA, 92108 |
| 909570243 | NCB Management Services        1 Allied Dr, Trevose, PA 19053 |
| 909570244 | Security Credit Services        100 River Rock Dr Ste 200        Buffalo, NY 14207 |

TOTAL: 11