**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

Cynthia A. Platt, Clerk of Court

## Notice to Debtors Paying the Filing Fee in Installments

**Payments sent by mail** must be in the form of a money order or cashier's check. **Do not send cash as it is not accepted and will be returned for an alternative form of payment.** We cannot accept debtor checks, including checks created and mailed to us using an online banking service. Payments made by personal check or checks created by an online banking service will be returned for replacement.

Make your cashier's check or money order payable to "Clerk, United States Bankruptcy Court". The use of an incorrect payee will result in your money order or cashier's check being returned to you for replacement. NOTE: You may incur a fee from the issuer to replace a money order or cashier's check.

Please PRINT your name and case number in the memo section of your cashier's check or money order for proper credit to your case. Examples are attached.

Mail your payment to the Clerk's divisional office where your case was filed.

**Payments made in person** can be in the form of a money order, cashier's check, or debit card. We cannot accept debtor credit cards for filing fee payments, and **CASH IS NOT ACCEPTED AT ANY OF OUR LOCATIONS**. Office locations for paying in person are listed below. Please refer to our website www.nynb.uscourts.gov for up–to–date office hours.

| *Albany* | *Syracuse* | *Utica* |
|---|---|---|
| JT Foley Courthouse | Hanley Federal Building | Alexander Pirnie Federal Building |
| 445 Broadway, Ste 330 | 100 S. Clinton St., Room 315 | 10 Broad St., Room 230 |
| Albany, NY 12207 | Syracuse, NY 13261 | Utica, NY 13501 |
| (518) 257–1661 | (315) 295–1600 | (315) 793–8101 |

Do not mail your installment payments to the case trustee, as this may cause a delay in crediting the payment to your case.

All installment payments must be received by the due date for the last installment payment. Failure to make your installment payments in a timely manner may result in the dismissal of your case. If you believe you may have difficulty making your payment by the due date, please call our Albany office and speak with the Financial Department.

F:8(12/10/2021)

