# Notice Recipients

District/Off: 0206–5     User: admin     Date Created: 6/5/2024
Case: 24–30465–5–wak     Form ID: F8Ntc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Thomas William Pritchard     5107 Old Barn Road     Clay, NY 13041

TOTAL: 1