# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 6/5/2024 |
| Case: 24–30465–5–wak | Form ID: pdf904 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Thomas William Pritchard          5107 Old Barn Road          Clay, NY 13041

TOTAL: 1