# Notice Recipients

District/Off: 0206–5            User: admin                Date Created: 06/06/2024
Case: 24–30465–5–wak            Form ID: nfin1             Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Thomas William Pritchard        5107 Old Barn Road        Clay, NY 13041

TOTAL: 1