***UNITED STATES BANKRUPTCY COURT***
***NORTHERN DISTRICT OF NEW YORK***

Cynthia A. Platt, Clerk of Court

## *Notice to Debtors Paying the Filing Fee in Installments*

***Payments sent by mail*** must be in the form of a money order or cashier's check. ***Do not send cash as it is not accepted and will be returned for an alternative form of payment.*** We cannot accept debtor checks, including checks created and mailed to us using an online banking service. Payments made by personal check or checks created by an online banking service will be returned for replacement.

Make your cashier's check or money order payable to "Clerk, United States Bankruptcy Court". The use of an incorrect payee will result in your money order or cashier's check being returned to you for replacement. NOTE: You may incur a fee from the issuer to replace a money order or cashier's check.

Please PRINT your name and case number in the memo section of your cashier's check or money order for proper credit to your case. Examples are attached.

Mail your payment to the Clerk's divisional office where your case was filed.

***Payments made in person*** can be in the form of a money order, cashier's check, or debit card. We cannot accept debtor credit cards for filing fee payments, and ***CASH IS NOT ACCEPTED AT ANY OF OUR LOCATIONS***. Office locations for paying in person are listed below. Please refer to our website www.nynb.uscourts.gov for up–to–date office hours.

| **Albany** | **Syracuse** | **Utica** |
|---|---|---|
| JT Foley Courthouse | Hanley Federal Building | Alexander Pirnie Federal Building |
| 445 Broadway, Ste 330 | 100 S. Clinton St., Room 315 | 10 Broad St., Room 230 |
| Albany, NY 12207 | Syracuse, NY 13261 | Utica, NY 13501 |
| (518) 257–1661 | (315) 295–1600 | (315) 793–8101 |

Do not mail your installment payments to the case trustee, as this may cause a delay in crediting the payment to your case.

All installment payments must be received by the due date for the last installment payment. Failure to make your installment payments in a timely manner may result in the dismissal of your case. If you believe you may have difficulty making your payment by the due date, please call our Albany office and speak with the Financial Department.

F:8(12/10/2021)

CASHIER'S CHECK EXAMPLE                                    0102

                                                   DATE _____

PAY TO THE
ORDER OF   CLERK, UNITED STATES BANKRUPTCY COURT       $

_____ DOLLARS

**TRUST CREDIT UNION**

FOR   CASE #09-12345 SMITH, JOHN R.
      _____    _____

|:12428896|:6545898434||'3266


---

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | AMOUNT | CLERK |
| 02543750594 | 2001-01-04 | 752051 | $15.00 | 002 |

**UNITED STATES POSTAL SERVICE® POSTAL MONEY ORDER**

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
| 02543750594 | 2001-01-04 | 752051 | $$15.00¢ |

AMOUNT   **FIFTEEN DOLLARS & 00¢************************

PAY TO   CLERK, UNITED STATES BANKRUPTCY COURT    NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

ADDRESS  STREET, RM #, AND/OR PO BOX    FROM PRINT YOUR FULL NAME HERE    CLERK
         CITY, STATE, ZIP               ADDRESS PUT YOUR ADDRESS HERE     002

C.O.D. NO. OR
USED FOR   PRINT CASE NUMBER AND NAME HERE

|:000000800 2|:    02543750594|"

United States Bankruptcy Court

Northern District of New York

| | |
|---|---|
| In re: | Case No. 24-30465-wak |
| Thomas William Pritchard | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0206-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 05, 2024 | Form ID: F8Ntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas William Pritchard, 5107 Old Barn Road, Clay, NY 13041-8955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 07, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| U.S. Trustee | USTPRegion02.UT.ECF@usdoj.gov |
| William J. Leberman-Trustee | wleberman@lebermanlaw.com  kbarber@lebermanlaw.com;NY97@ecfcbis.com |

TOTAL: 2