# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  
Thomas William Pritchard

xxx–xx–9267  
5107 Old Barn Road  
Clay, NY 13041

)  
)  
)  
) Case Number: 24–30465–5  
)  
)  
)  
)  
)  
) Chapter: 7  
)  

## *NOTICE OF DEADLINES*

Notice is hereby given regarding document deadlines;

Notice of Deadlines. Atty Disclosure Statement due 6/20/2024. Declaration Concerning Schedules due 6/20/2024. Chapter 7 Statement of Your Current Monthly Income Form 122A–1 Due:6/20/2024. Schedules A–J due 6/20/2024. Statement of Financial Affairs due 6/20/2024.Summary of Assets and Liabilities and Certain Statistical Information due 6/20/2024. Statement of Intent due 7/5/2024. (Ventura, Dina)

Debtor(s) are responsible for timely filing all documents. The responsibility for preparing, submitting, and monitoring a complete filing lies with the filer(s). Do not rely on the Clerk's office to alert you regarding incomplete case filings.

Please note: ***This case may be dismissed upon further notice or hearing if the above referenced documents are not filed with the Court***.

Date: 6/5/24

CYNTHIA A. PLATT  
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Northern District of New York

| | |
|---|---|
| In re: | Case No. 24-30465- |
| Thomas William Pritchard | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0206-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 05, 2024 | Form ID: ntcddl | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas William Pritchard, 5107 Old Barn Road, Clay, NY 13041-8955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024                     Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| U.S. Trustee | USTPRegion02.UT.ECF@usdoj.gov |

TOTAL: 1