**Fill in this information to identify the case:**

Debtor 1: Thomas William Pritchard

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of New York

Case number (if known): 24-30465

Chapter filing under:
- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**RECEIVED & FILED**

JUN 05 2024

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 84.50 | 06/17/2024 |
| $ 84.50 | 07/08/2024 |
| $ 84.50 | 07/22/2024 |
| + $ 84.50 | 08/05/2024 |
| **Total** $ 338.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

06/05/2024
Month / day / year

By the court: *Wendy A. Kinsella*
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of New York

In re:  Case No. 24-30465-wak

Thomas William Pritchard  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0206-5     User: admin     Page 1 of 1

Date Rcvd: Jun 05, 2024     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas William Pritchard, 5107 Old Barn Road, Clay, NY 13041-8955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| U.S. Trustee | USTPRegion02.UT.ECF@usdoj.gov |
| William J. Leberman-Trustee | wleberman@lebermanlaw.com  kbarber@lebermanlaw.com;NY97@ecfcbis.com |

TOTAL: 2