UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Thomas William Pritchard,                                                    Case No 24-30465

   Debtor.                                                                           Chapter 7
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2004-KS10 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Raquel Felix, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: June 11, 2024
Westbury, NY

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    900 Merchants Concourse, Suite 310
    Westbury, NY 11590
    Phone: (516) 280-7675
    Fax:    (516) 280-7674

    By: /s/ Raquel Felix
    Raquel Felix, Esquire
    NY Bar Number 4567632
    Email: raqfelix@raslg.com

24-217117 - RaF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

Thomas William Pritchard,                                          Case No 24-30465

   Debtor.                                                         Chapter 7
-----------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2024, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

THOMAS WILLIAM PRITCHARD
5107 OLD BARN ROAD
CLAY, NY  13041

WILLIAM J. LEBERMAN-TRUSTEE
ONE LINCOLN CENTER
110 W. FAYETTE STREET
SUITE 720
SYRACUSE, NY  13202

U.S. TRUSTEE
U.S. TRUSTEE OFFICE
10 BROAD STREET, ROOM 105
UTICA, NY  13501


Dated: June 11, 2024



By: /s/ Amanda Nelson