June 18, 2024

Dear Judge Kinsella,

Please let this letter serve as a formal request for an extension to file paperwork for my chapter 7 bankruptcy case. (Case Number 24-30465-5).

I am filing this bankruptcy petition on my own and finding it more challenging than anticipated to locate the required documents and get the paperwork completed within the two-week timeframe.

I want to make sure that I am doing this properly and I am making progress. However, but an extension of two weeks would absolutely help. Thank you in advance for your time and consideration.

Sincerely,

Thomas Pritchard
Case Number 24-30465-5
5107 Old Barn Rd.
Clay, NY 13041
Phone: 315–944–5016

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

2024 JUN 18  PM 3: 38

R&F