O:M100(07/165/2006)U

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re Thomas William Pritchard,  )
               Debtor(s)  )
                 ) Case No. 24−30465−5−wak
                 ) Chapter 7

Employer's Tax Identification (EIN) No(s). [if any] ,
Last four digits of Security No(s). [if any]: xxx−xx−9267 ,

## CERTIFICATE OF MAILING

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern

District of New York at Syracuse, hereby certifies that on this date a true copy of the document:

*18* – TEXT ORDER: The Court is in receipt of Debtor's letter request (the "Letter" at Doc. 17) for an extension of the deadlines contained in the Notice of Deadlines (the "Notice" at Doc. 5). Given the contents of the Letter, the Court finds cause exists to enlarge the deadlines in the Notice. The respective deadlines contained in the Notice are extended from June 20, 2024 to and including July 8, 2024, and from July 5, 2024 to and including July 19, 2024. SO ORDERED this 18th day of June, 2024 by Wendy A. Kinsella, United States Bankruptcy Judge. (related document(s)17). (Smith, Nicole)

☑ was mailed by United States Postal Service as Shown below:

Thomas William Pritchard
5107 Old Barn Road
Clay, New York 13041

☐ was sent electronically to the registered users of the Northern District of New York

    CM/ECF system at the email address show below:

Raquel Felix on behalf of Creditor The Bank of New York Mellon Trust Company
raqfelix@raslg.com

William J. Leberman−Trustee
wleberman@lebermanlaw.com, kbarber@lebermanlaw.com;NY97@ecfcbis.com

U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Date: 6/20/24                                                                        Nicole Smith
                                                                                        Deputy Clerk