# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Thomas William Pritchard<br><br>xxx–xx–9267<br>5107 Old Barn Road<br>Clay, NY 13041 | )<br>)<br>)<br>)Case Number: 24–30465–5–wak<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### *NOTICE TO DEBTOR(S) REGARDING LATE PAYMENT OF FILING FEE INSTALLMENTS*

### *YOUR SCHEDULED INSTALLMENT PAYMENT IS OVERDUE*

*<u>Your rights may be affected and your case dismissed.</u> Read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)*

Your application to pay the filing fee in installments pursuant to Fed. R. Bankr. P. 1006(b) was granted by order of the court. You are required to pay the filing fee in installments according to the terms of the Court order.

You must pay the filing fee as ordered by the Court, unless the Court extends your payment deadline. If you request an extension of your payment deadline, your request must be in writing and received by the Court.

Installment payments must be made by money order or cashier's check made payable to "Clerk, U.S. Bankruptcy Court". Please write your name and case number in the money order or cashier's check. Payments can be made in person from 9:00 a.m. to 4:00 p.m., Monday through Friday. Payments can also be mailed to:

Clerk<br>
U.S. Bankruptcy Court<br>
James T. Foley Courthouse<br>
445 Broadway, Suite 330<br>
Albany, NY 12207

*If you fail to obey the Court's order and fail to pay the balance of the filing fees as ordered by the court, your case may be dismissed.*

Date: 6/21/24