# Notice Recipients

District/Off: 0206–5     User: admin     Date Created: 06/21/2024
Case: 24–30465–5–wak     Form ID: latepmt     Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Thomas William Pritchard     5107 Old Barn Road     Clay, NY 13041
ust     U.S. Trustee     U.S. Trustee Office     10 Broad Street,     Room 105     Utica, NY 13501
tr     William J. Leberman–Trustee     One Lincoln Center     110 W. Fayette Street     Suite 720     Syracuse, NY 13202

TOTAL: 3