# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206−5 | User: admin | Date Created: 07/25/2024 |
| Case: 24−30465−5−wak | Form ID: latepmt | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Thomas William Pritchard | 5107 Old Barn Road | Clay, NY 13041 | | |
| ust | U.S. Trustee | U.S. Trustee Office | 10 Broad Street, | Room 105 | Utica, NY 13501 |
| tr | William J. Leberman−Trustee | One Lincoln Center | 110 W. Fayette Street | Suite 720 | Syracuse, NY 13202 |

TOTAL: 3