R&F

September 4, 2024

2024 SEP -4  PM 3: 50

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

Dear Judge Kinsella,

Please let this letter serve to address my failure to pay the bankrupcty court installment fees.

I filed an original Application to Pay Filing Fee in Installments and realized after I filed this request that I was going to have a difficult time coming up with the necessary funds to pay the installment fees. At that time, I filed another petition to have the filing fees waived. That was denied by the court.

I would like to ask the court to please take into consideration my financial situation and reconsider this decision. Is there an opportunity to refile a petition to have the filing fee waived?

I understand the courts position but would like to ask for reconsideration if that is possible.

Thank you in advance for your time and consideration.

Sincerely,

*[signature]*

Thomas Pritchard
Case Number 24-30465-5
5107 Old Barn Rd.
Clay, NY 13041
Phone: 315–944–5016