R&F

**Fill in this information to identify your case:**

Debtor 1: Thomas William Pritchard
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of New York

Case number: 24-30465-5
(If known)

2024 SEP -4 PM 3:49

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B ................................................. $ 20,000.00
   1b. Copy line 62, Total personal property, from Schedule A/B .................................... $ 4,275.00
   1c. Copy line 63, Total of all property on Schedule A/B ............................................... $ 24,275.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D ............ $ 391,000.00

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... $ 14,057.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F ........................... + $ 0

   Your total liabilities   $ 405,057.00

### Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.................................... $ 4,391.00

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J............................................. $ 3,641.00

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information     page 1 of 2

Debtor 1 _____   Case number (if known)_____
   First Name    Middle Name    Last Name

**Part 4: Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. What kind of debt do you have?

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ 4391.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $ 0

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 0

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0

   9d. Student loans. (Copy line 6f.)    $ 0

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0

   9g. **Total.** Add lines 9a through 9f.    $ 0

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2

**Fill in this information to identify your case:**

Debtor 1: Thomas William Pritchard
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of New York

Case number (If known): 24-30465-5

☐ Check if this is an amended filing

*[Stamp: 2024 SEP -4 PM 3:50 CLERK OF THE BANKRUPTCY COURT N.D. OF NY SYRACUSE]*

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Security Credit Systems Inc
Priority Creditor's Name

100 River Rock Dr Ste 200,
Number   Street
Buffalo          NY    14207
City            State   ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? 04/23/2023

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

Total claim: $1,905.00   Priority amount: $____   Nonpriority amount: $____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☑ Yes

**2.2** National Grid
Priority Creditor's Name

300 Erie Blvd W
Number   Street
Syracuse         NY    13202
City            State   ZIP Code

Last 4 digits of account number 4 2 2 3
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

Total claim: $12,152.00   Priority amount: $____   Nonpriority amount: $____

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 1 of ___

Debtor 1  __Thomas__ __William__ __Pritchard_____  Case number (if known) __24-30465-5__
          First Name    Middle Name    Last Name

## Part 1: Your PRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

☐
_____    Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
                                        When was the debt incurred?   _____
_____
Number       Street                     As of the date you file, the claim is: Check all that apply.

_____    ☐ Contingent
                                        ☐ Unliquidated
_____    ☐ Disputed
City               State    ZIP Code

**Who incurred the debt?** Check one.        **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                         ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only            ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

☐
_____    Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
                                        When was the debt incurred?   _____
_____
Number       Street                     As of the date you file, the claim is: Check all that apply.

_____    ☐ Contingent
                                        ☐ Unliquidated
_____    ☐ Disputed
City               State    ZIP Code

**Who incurred the debt?** Check one.        **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                         ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only            ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

☐
_____    Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
                                        When was the debt incurred?   _____
_____
Number       Street                     As of the date you file, the claim is: Check all that apply.

_____    ☐ Contingent
                                        ☐ Unliquidated
_____    ☐ Disputed
City               State    ZIP Code

**Who incurred the debt?** Check one.        **Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only                         ☐ Domestic support obligations
☐ Debtor 1 and Debtor 2 only            ☐ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another ☐ Claims for death or personal injury while you were intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1    Thomas William Pritchard            Case number *(if known)* 24-30465-5
        First Name    Middle Name    Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                               **Total claim**

**4.1**
Nonpriority Creditor's Name

Number    Street

City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**
Nonpriority Creditor's Name

Number    Street

City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**
Nonpriority Creditor's Name

Number    Street

City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page ___ of ___

Debtor 1  __Thomas William Pritchard__    Case number (if known) __24-30465-5__
         First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                     **Total claim**

☐

_____
Nonpriority Creditor's Name

_____
Number       Street

_____
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐

_____
Nonpriority Creditor's Name

_____
Number       Street

_____
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐

_____
Nonpriority Creditor's Name

_____
Number       Street

_____
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page ___ of ___

Debtor 1  Thomas William Pritchard                                   Case number (if known) 24-30465-5
          First Name    Middle Name    Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims ❑ Part 2: Creditors with Nonpriority Unsecured Claims  Last 4 digits of account number ___ ___ ___ ___ |
|---|---|
| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims ❑ Part 2: Creditors with Nonpriority Unsecured Claims  Last 4 digits of account number ___ ___ ___ ___ |
| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims ❑ Part 2: Creditors with Nonpriority Unsecured Claims  Last 4 digits of account number ___ ___ ___ ___ |
| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims ❑ Part 2: Creditors with Nonpriority Unsecured Claims  Last 4 digits of account number ___ ___ ___ ___ |
| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims ❑ Part 2: Creditors with Nonpriority Unsecured Claims  Last 4 digits of account number ___ ___ ___ ___ |
| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims ❑ Part 2: Creditors with Nonpriority Unsecured Claims  Last 4 digits of account number ___ ___ ___ ___ |
| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line _____ of (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims ❑ Part 2: Creditors with Nonpriority Unsecured Claims  Last 4 digits of account number ___ ___ ___ ___ |

Debtor 1 ___Thomas William Pritchard_____ Case number *(if known)* _24-30465-5_
            First Name    Middle Name    Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**     6a. $_____

6b. **Taxes and certain other debts you owe the government**     6b. $_____

6c. **Claims for death or personal injury while you were intoxicated**     6c. $_____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.     6d. + $ ~~14,057.00~~ (T) 14,057.00

6e. **Total.** Add lines 6a through 6d.     6e. $ 14,057

**Total claim**

**Total claims from Part 2**

6f. **Student loans**     6f. $_____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**     6g. $_____

6h. **Debts to pension or profit-sharing plans, and other similar debts**     6h. $_____

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.     6i. + $_____

6j. **Total.** Add lines 6f through 6i.     6j. $_____

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page ___ of ___

Fill in this information to identify your case:

Debtor: **Thomas William Pritchard**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of New York

Case number (If known): 24-30465-5

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease** — **State what the contract or lease is for**

   2.1 Name ____
   Number Street ____
   City / State / ZIP Code ____

   2.2 Name ____
   Number Street ____
   City / State / ZIP Code ____

   2.3 Name ____
   Number Street ____
   City / State / ZIP Code ____

   2.4 Name ____
   Number Street ____
   City / State / ZIP Code ____

   2.5 Name ____
   Number Street ____
   City / State / ZIP Code ____

Official Form 106G   Schedule G: Executory Contracts and Unexpired Leases   page 1 of ___

Debtor 1  **Thomas William Pritchard**
         First Name   Middle Name   Last Name

Case number (if known) 24-30465-5

 **Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**            **What the contract or lease is for**

2.2
Name

Number    Street

City           State    ZIP Code

2._
Name

Number    Street

City           State    ZIP Code

2._
Name

Number    Street

City           State    ZIP Code

2._
Name

Number    Street

City           State    ZIP Code

2._
Name

Number    Street

City           State    ZIP Code

2._
Name

Number    Street

City           State    ZIP Code

2._
Name

Number    Street

City           State    ZIP Code

2._
Name

Number    Street

City           State    ZIP Code

Official Form 106G              Schedule G: Executory Contracts and Unexpired Leases              page ___ of ___

**Fill in this information to identify your case:**

Debtor 1  Thomas William Pritchard
         First Name   Middle Name   Last Name

Debtor 2  _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Northern District of New York

Case number  24-30465-5
(If known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number   Street

   _____
   City            State        ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

Column 1: Your codebtor

Column 2: The creditor to whom you owe the debt
Check all schedules that apply:

3.1  Killeen Pritchard
     Name
     5107 Old Barn Road
     Number   Street
     Clay                New York         13041
     City                State            ZIP Code

     ☑ Schedule D, line 2
     ☐ Schedule E/F, line ____
     ☐ Schedule G, line ____

3.2  _____
     Name
     _____
     Number   Street
     _____
     City            State        ZIP Code

     ☐ Schedule D, line ____
     ☐ Schedule E/F, line ____
     ☐ Schedule G, line ____

3.3  _____
     Name
     _____
     Number   Street
     _____
     City            State        ZIP Code

     ☐ Schedule D, line ____
     ☐ Schedule E/F, line ____
     ☐ Schedule G, line ____

Official Form 106H              Schedule H: Your Codebtors              page 1 of ___

Debtor 1  <u>Thomas William Pritchard</u>   Case number (if known) <u>24-30465-5</u>
　　　　　First Name　　Middle Name　　Last Name

### Additional Page to List More Codebtors

Column 1: **Your codebtor**　　　　　　　　　　　　　Column 2: **The creditor to whom you owe the debt**

　　　　　　　　　　　　　　　　　　　　　　　　Check all schedules that apply:

3.__
_____
Name
　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
_____　❏ Schedule E/F, line _____
Number　　Street　　　　　　　　　　　　　　　❏ Schedule G, line _____

_____
City　　　　　　　　State　　　　ZIP Code

3.__
_____
Name
　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
_____　❏ Schedule E/F, line _____
Number　　Street　　　　　　　　　　　　　　　❏ Schedule G, line _____

_____
City　　　　　　　　State　　　　ZIP Code

3.__
_____
Name
　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
_____　❏ Schedule E/F, line _____
Number　　Street　　　　　　　　　　　　　　　❏ Schedule G, line _____

_____
City　　　　　　　　State　　　　ZIP Code

3.__
_____
Name
　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
_____　❏ Schedule E/F, line _____
Number　　Street　　　　　　　　　　　　　　　❏ Schedule G, line _____

_____
City　　　　　　　　State　　　　ZIP Code

3.__
_____
Name
　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
_____　❏ Schedule E/F, line _____
Number　　Street　　　　　　　　　　　　　　　❏ Schedule G, line _____

_____
City　　　　　　　　State　　　　ZIP Code

3.__
_____
Name
　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
_____　❏ Schedule E/F, line _____
Number　　Street　　　　　　　　　　　　　　　❏ Schedule G, line _____

_____
City　　　　　　　　State　　　　ZIP Code

3.__
_____
Name
　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
_____　❏ Schedule E/F, line _____
Number　　Street　　　　　　　　　　　　　　　❏ Schedule G, line _____

_____
City　　　　　　　　State　　　　ZIP Code

3.__
_____
Name
　　　　　　　　　　　　　　　　　　　　　　　❏ Schedule D, line _____
_____　❏ Schedule E/F, line _____
Number　　Street　　　　　　　　　　　　　　　❏ Schedule G, line _____

_____
City　　　　　　　　State　　　　ZIP Code

Official Form 106H　　　　　　　Schedule H: Your Codebtors　　　　　　　page ___ of ___

**Fill in this information to identify your case:**

Debtor 1: Thomas William Pritchard
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of New York

Case number: 24-30465-5
(If known)

R&F

2024 SEP -4 PM 3:50

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

☐ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Thomas W. Pritchard                    X _____
Signature of Debtor 1                         Signature of Debtor 2

Date 09/04/2024                               Date _____
    MM / DD / YYYY                                MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules