# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**CHAMBERS OF THE**
Honorable Wendy A. Kinsella
**U.S. BANKRUPTCY JUDGE**

To: Robertson, Anschutz, Schneid, Crane and Partners, PLLC - Raquel Felix, Esq., Counsel for Creditor
From: Chambers / Howard Poon
Date: December 4, 2024

Re: Thomas William Pritchard, Debtor.
Case No. 24-30465
Motion for Relief from the Automatic Stay ("Motion" at Doc. 74).

The Court has received your Motion in the above referenced case. The Court declines to consider the Motion for one or more of the following reason(s) as noted:

☐ Service improper pursuant to Fed.R.Bankr.P. 7004(b)(3).

☐ Service improper pursuant to Fed.R.Bankr.P. 7004

☐ Notice improper pursuant to Local Bankruptcy Rule 9013-3(a).

☐ Notice improper pursuant to Fed.R.Bankr.P. 3007.

☐ 11 U.S.C. § 522(f) has been invoked, but debtors have not claimed a homestead exemption on Schedule C. Relief will not be granted absent the filing of an amended Schedule C that properly claims a homestead exemption.

☐ Failure to comply with Local Bankruptcy Rule 9013-1(c). No certificate of service has been filed.

☑ Other: Failure to upload proposed order via the Court's E-Order System.

<u>The default Motion was unopposed, and therefore Counsel for Creditor is directed to upload a proposed order consistent with the terms contained in the Motion by **January 4, 2025.** Absent a proposed order uploaded in accordance with this chambers memorandum, or a written request for an extension of time, the Court may deny the Motion or schedule a Section 105(a) Conference.</u>

**\*If this memorandum was sent due to a service issue, you will need to re-serve the motion, file and serve an amended notice of hearing specifying a new hearing date, and file proof of such service. DO NOT FILE A NEW MOTION. File the amended notice as** *(Bankruptcy > Notices > Notice of Hearing on Default Motion) or (Bankruptcy > Notices > Notice of Hearing)*.