So Ordered.

Signed this 10 day of December, 2024.



_____

Wendy A. Kinsella

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

Thomas William Pritchard,

Debtor.

Case No. 24-30465
Chapter 7

**ORDER OF DISMISSAL WITH PREJUDICE**

This Court having entered an Order Modifying Order Approving Payment of Filing Fee in Installments, Discharging the Order to Show Cause and Denying Debtor's Request for Reconsideration on September 9, 2024 (the "Order" at Doc. 71) *inter alia*, directing Debtor, Thomas William Pritchard ("Debtor") to pay the filing fee of $338.00 in installments with the full filing fee payment to be made by December 2, 2024, and the Order also providing that in the event the full filing fee payment is not made by December 2, 2024 the case will be dismissed with prejudice pursuant to 11 U.S.C. §§ 109(g)(1) and 707(a)(2) and Fed. R. Bankr. P. 1017(b)(1), and Debtor having failed to comply with the terms of the Order by not paying the filing fee in full by

December 2, 2024, and the Court being fully advised of the premises and due deliberation having been had thereon, it is accordingly,

ORDERED, ADJUDGED AND DECREED, that the case be and hereby is dismissed with prejudice pursuant to 11 U.S.C. §707(a)(2); and it is further

ORDERED, ADJUDGED AND DECREED, that pursuant to 109(g), the Debtor is prohibited from filing another case on or before 180 days from the date of entry of this Order; and it is further

ORDERED, ADJUDGED AND DECREED, that the Chapter 7 Trustee is hereby directed to file a report of any receipts and disbursements; and it is further

ORDERED, ADJUDGED AND DECREED, that the provision of 11 U.S.C. § 362(a) staying certain acts and proceedings against the Debtor and the property of the Debtor is no longer in effect and that the creditors may now look directly to the Debtor for satisfaction of any balances owing on their claims; and it is further

ORDERED, ADJUDGED AND DECREED, that the Clerk is directed to serve a copy of this Order on Debtor by mail.

###