# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 12/10/2024 |
| Case: 24–30465–5–wak | Form ID: ntcdsm | Total: 14 |

**Recipients of Notice of Electronic Filing:**
ust	U.S. Trustee	USTPRegion02.UT.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db	Thomas William Pritchard	5107 Old Barn Road	Clay, NY 13041
tr	William J. Leberman–Trustee	One Lincoln Center	110 W. Fayette Street	Suite 720	Syracuse, NY 13202
smg	United States Attorney, NDNY	P.O. Box 7198	Syracuse, NY 13261–7198
909570239	Bank of New York Mellon Trust Company	240 Greenwich Street	New York, NY 10286
909570240	Jefferson Capital System	200 14th Ave E	Sartell, MN 56377
909570241	LVNV Funding LLC	55 Beattie Place	Greenville, SC 29601
909570245	Micheal Vela	4 Chelsea View Terrace	Newburgh NY 12550
909570242	Midland Credit Management	123 Main Street	San Diego, CA, 92108
909570243	NCB Management Services	1 Allied Dr, Trevose, PA 19053
909579777	National Grid	300 Erie Blvd West	Syracuse, NY 13202
909570244	Security Credit Services	100 River Rock Dr Ste 200	Buffalo, NY 14207
909572150	The Bank of New York Mellon Trust Company	Robertson, Anschutz, Schneid, Crane	13010 Morris Rd., Suite 450	Alpharetta, GA 30004
909572155	The Bank of New York Mellon Trust Company	c/o Raquel Felix, Esq.	ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA	13010 MORRIS ROAD, SUITE 450	ALPHARETTA, GA 30004

TOTAL: 13