O:M100(07/165/2006)U

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Thomas William Pritchard , <br><br>    Debtor(s)<br><br>Employer's Tax Identification (EIN) No(s). [if any] ,<br>Last four digits of Security No(s). [if any]: xxx−xx−9267 , | )<br>)<br>)<br>)<br>) Case No. 24−30465−5−wak<br>)<br>)<br>)<br>) Chapter 7<br>)<br>)<br>)<br>) |

## CERTIFICATE OF MAILING

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at Syracuse, hereby certifies that on this date a true copy of the document:

*86* − Order Dismissing Debtor Barred Debtor Pritchard, Thomas William starting 12/10/2024 to 6/8/2025 . (Davis, Darcy)

☑ was mailed by United States Postal Service as Shown below:

Thomas William Pritchard
5107 Old Barn Road
Clay, NY 13041

☑ was sent electronically to the registered users of the Northern District of New York
    CM/ECF system at the email address show below:

Raquel Felix on behalf of Creditor The Bank of New York Mellon Trust Company
raqfelix@raslg.com

Raquel Felix on behalf of Creditor The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporatio
raqfelix@raslg.com

William J. Leberman−Trustee
wleberman@lebermanlaw.com, kbarber@lebermanlaw.com;NY97@ecfcbis.com

U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Date: 12/10/24                                                              Darcy Davis
                                                                            Deputy Clerk