# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

### OFFICE OF THE CLERK
### CYNTHIA PLATT, CLERK OF COURT

| ALBANY DIVISION | SYRACUSE DIVISION | UTICA DIVISION |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | JAMES M. HANLEY FEDERAL BUILDING | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 100 S. CLINTON ST., ROOM 315 | 10 BROAD ST., ROOM 230 |
| ALBANY, NY 12207 | PO BOX 7008 | UTICA, NY 13501 |
| (518) 257-1650 | SYRACUSE, NY 13261-7008 | (315) 793-8128 |
| FAX (518) 257-1650 | (315) 295-1600 | FAX (315) 793-8128 |
|  | FAX (315) 295-1655 |  |
|  |  | **REPLY:** Syracuse |

December 11, 2024

Thomas William Pritchard
5107 Old Barn Road
Clay, NY 13041

Re: Case No. 24-30465

Dear Mr. Pritchard

Please be advised that your case was dismissed 12/10/2024. The outstanding filing fee in the amount of $338.00 is owed to the Court. Funds should be in the form of money order or certified funds.

Please submit payment within 10 (ten) days to the above address.

If you have any questions, please feel free to contact me at 518-257-1601.

Sincerely,

/s/ Lisa Cardinal

Administrative Supervisor