*ntcdsm*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Thomas William Pritchard<br><br>xxx−xx−9267<br>5107 Old Barn Road<br>Clay, NY 13041 | )<br>)<br>)<br>)Case Number: 24−30465−5−wak<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
 Thomas William Pritchard
5107 Old Barn Road
Clay, NY 13041
Telephone number:

NAME/ADDRESS OF TRUSTEE
William J. Leberman−Trustee
One Lincoln Center
110 W. Fayette Street
Suite 720
Syracuse, NY 13202
Telephone number:  (315)478−1334

## NOTICE OF DISMISSAL

Notice is hereby given pursuant to FRBP 2002(f)(2) of the entry of an Order on 12/10/24 , dismissing the above captioned chapter 7 petition with prejudice.

Date: 12/10/24

*FOR THE COURT*

Cynthia A. Platt
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Northern District of New York

In re:  Case No. 24-30465-wak

Thomas William Pritchard  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0206-5      User: admin      Page 1 of 2

Date Rcvd: Dec 11, 2024      Form ID: ntcdsm      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas William Pritchard, 5107 Old Barn Road, Clay, NY 13041-8955 |
| 909570239 | + | Bank of New York Mellon Trust Company, 240 Greenwich Street, New York, NY 10286-0001 |
| 909570242 | | Midland Credit Management, 123 Main Street, San Diego, CA, 92108 |
| 909570243 | | NCB Management Services, 1 Allied Dr, Trevose, PA 19053 |
| 909570244 | + | Security Credit Services, 100 River Rock Dr Ste 200, Buffalo, NY 14207-2163 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | EDI: BWJLEBERMAN | Dec 12 2024 00:36:00 | William J. Leberman-Trustee, One Lincoln Center, 110 W. Fayette Street, Suite 720, Syracuse, NY 13202 |
| smg | Email/Text: USANYN.Bankruptcy@usdoj.gov | Dec 11 2024 19:34:00 | United States Attorney, NDNY, P.O. Box 7198, Syracuse, NY 13261-7198 |
| 909570240 + | EDI: JEFFERSONCAP.COM | Dec 12 2024 00:36:00 | Jefferson Capital System, 200 14th Ave E, Sartell, MN 56377-4500 |
| 909570241 + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 19:43:30 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 909579777 + | Email/Text: apbankruptcy@nationalgrid.com | Dec 11 2024 19:34:00 | National Grid, 300 Erie Blvd West, Syracuse, NY 13202-4250 |
| 909572155 + | Email/Text: RASEBN@raslg.com | Dec 11 2024 19:34:00 | The Bank of New York Mellon Trust Company, c/o Raquel Felix, Esq., ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| 909572150 + | Email/Text: RASEBN@raslg.com | Dec 11 2024 19:34:00 | The Bank of New York Mellon Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 909570245 | ##+ | Micheal Vela, 4 Chelsea View Terrace, Newburgh NY 12550-1392 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

| District/off: 0206-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: ntcdsm | Total Noticed: 12 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Raquel Felix | on behalf of Creditor The Bank of New York Mellon Trust Company raqfelix@raslg.com |
| Raquel Felix | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporatio raqfelix@raslg.com |
| U.S. Trustee | USTPRegion02.UT.ECF@usdoj.gov |
| William J. Leberman-Trustee | wleberman@lebermanlaw.com  kbarber@lebermanlaw.com;NY97@ecfcbis.com |

TOTAL: 4