# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

OFFICE OF THE CLERK
CYNTHIA PLATT, CLERK OF COURT

| ALBANY DIVISION | SYRACUSE DIVISION | UTICA DIVISION |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | JAMES M. HANLEY FEDERAL BUILDING | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 100 S. CLINTON ST., ROOM 315 | 10 BROAD ST., ROOM 230 |
| ALBANY, NY 12207 | PO BOX 7008 | UTICA, NY 13501 |
| (518) 257-1650 | SYRACUSE, NY 13261-7008 | (315) 793-8128 |
| FAX (518) 257-1650 | (315) 295-1600 | FAX (315) 793-8128 |
|  | FAX (315) 295-1655 |  |

**REPLY: Syracuse**

December 11, 2024

Thomas William Pritchard
5107 Old Barn Road
Clay, NY 13041

Re: Case No. 24-30465

Dear Mr. Pritchard

Please be advised that your case was dismissed 12/10/2024. The outstanding filing fee in the amount of $338.00 is owed to the Court. Funds should be in the form of money order or certified funds.

Please submit payment within 10 (ten) days to the above address.

If you have any questions, please feel free to contact me at 518-257-1601.

Sincerely,

/s/ Lisa Cardinal

Administrative Supervisor

United States Bankruptcy Court

Northern District of New York

| | |
|---|---|
| In re: | Case No. 24-30465-wak |
| Thomas William Pritchard | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0206-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 11, 2024 | Form ID: pdf904 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas William Pritchard, 5107 Old Barn Road, Clay, NY 13041-8955 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 13, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Raquel Felix | on behalf of Creditor The Bank of New York Mellon Trust Company raqfelix@raslg.com |
| Raquel Felix | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporatio raqfelix@raslg.com |
| U.S. Trustee | USTPRegion02.UT.ECF@usdoj.gov |
| William J. Leberman-Trustee | wleberman@lebermanlaw.com  kbarber@lebermanlaw.com;NY97@ecfcbis.com |

TOTAL: 4