*ocdsmSTr*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  )
Thomas William Pritchard  )
 )
xxx−xx−9267  )Case Number: 24−30465−5−wak
5107 Old Barn Road  )
Clay, NY 13041  )
 )Chapter: 7

## ORDER CLOSING DISMISSED CASE AND DISCHARGING TRUSTEE

The above named case having been dismissed by Order entered on December 10, 2024 , it is

ORDERED that William J. Leberman−Trustee is discharged as trustee of the estate of the above−named debtor(s) and that the case be and hereby is closed.

Syracuse, NY
DATED: 3/12/25

BY THE COURT

HON. WENDY A. KINSELLA
U.S. Bankruptcy Judge