# Notice Recipients

District/Off: 0206–5　　　　　　　User: admin　　　　　　　Date Created: 3/12/2025
Case: 24–30465–5–wak　　　　　　Form ID: ocdsmTr　　　　　Total: 1

**Recipients of Notice of Electronic Filing:**
ust　　　U.S. Trustee　　　USTPRegion02.UT.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1